1  Erika Bailey Drake (SBN 248034)
   edrake@drakeanddrake.com
2  Roger D. Drake (SBN 237834)
3  rdrake@drakeanddrake.com
4  23679 Calabasas Road, Suite 403
   Calabasas, California  91302
5  Telephone:  818.438.1332
6  Facsimile:  818.854.6899
7  Attorneys for Plaintiff

8

                   UNITED STATES DISTRICT COURT
9                  CENTRAL DISTRICT OF CALIFORNIA
10

11 | LARRY STEWART,                    )
12 |                                   ) CASE NO.: 2:13-cv-05220-MRW
   |       Plaintiff,                  )
13 | v.                                )
14 |                                   ) *[PROPOSED]* ORDER AWARDING
   | CAROLYN W. COLVIN, Acting,        ) EAJA FEES
15 | Commissioner of Social Security,  )
16 |                                   )
   |       Defendant.                  )
17 | _____ )
18

19        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
20        IT IS ORDERED that EAJA fees are awarded in the amount of TWO
21 THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($2,500.00) subject to the
22 terms of the stipulation.
23
24
25 DATED:  July 18, 2014                    / s / Michael Wilner
                                        HONORABLE MICHAEL R. WILNER
26                                      UNITED STATES MAGISTRATE JUDGE
27
28

-1-